```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11  CHRISTOPHER EVANS, individually
    and on behalf of all others
12  similarly situated,

13          Plaintiff,                CIV. NO. 08-2719 WBS GGH
    vs.
14
    BANTEK WEST, INC., a Colorado
15  corporation, PENDUM LLC, a
    Delaware Limited Liability
16  Corporation, and DOES 1 through   RELATED CASE ORDER
    100, inclusive,
17
18          Defendants.
    _____/
19
20  CHRISTOPHER EVANS, individually
    and on behalf of all others
21  similarly situated,

22          Plaintiff,                CIV. NO. 08-2966 FCD EFB

23  vs.

24  BANTEK WEST, INC., a Colorado
    corporation, PENDUM LLC, a
25  Delaware Limited Liability
    Corporation, and DOES 1 through
26  100, inclusive,

27          Defendants.
    _____/
28
```

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) because they involve the same parties and similar claims. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Evans v. Bantek West, Inc. et al.</u>, Civ. No. 08-2719 WBS GGH, and <u>Evans v. Bantek West, Inc. et al.</u>, Civ. No. 08-2966 FCD EFB, be, and the same hereby are, deemed related and the case denominated <u>Evans v. Bantek West, Inc. et al.</u>, Civ. No. 08-2966 FCD EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Gregory G. Hollows for all further proceedings. Any dates currently set in the reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Evans v. Bantek West, Inc. et al.</u>, Civ. No. 08-2966 WBS GGH.

///
///
///
///

1   IT IS FURTHER ORDERED that the Clerk of the Court
2 make appropriated adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4 DATED:  January 7, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE