1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   TRAVIS M. GEMOETS (Bar No. 174365),
2       tgemoets@jmbm.com
   BARBRA A. ARNOLD (Bar No. 235898),
3       BArnold@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California  90067-4308
   Telephone:  (310) 203-8080
5  Facsimile:   (310) 203-0567

6  Attorneys for Defendant PENDUM LLC, a Delaware
   Limited Liability Company

7

8

9

10              UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA

12

13  CHRISTOPHER EVANS, individually       CASE NO.  2:08-CV-02719-WBS-GGH
    and on behalf of all others similarly
14  situated,                             **ORDER RE JOINT STIPULATION
                                          TO CONTINUE PRE-TRIAL
15              Plaintiff,                CONFERENCE**

16        v.                             **DATE:  MAY 17, 2010
                                         TIME:  2:00 P.M.**
17  BANTEK WEST, INC. a Colorado         **COURTROOM: 5**
    corporation, PENDUM LLC, a Delaware
18  Limited Liability Corporation, and   **HON. WILLIAM B. SHUBB**
    DOES 1 through 100, inclusive,
19                                        **TRIAL DATE:  JULY 7, 2010**
              Defendants.
20

21                    <u>**ORDER**</u>

22        Per the stipulation of the parties, the Pre-Trial Conference in this matter,

23  currently set for May 17, 2010, is hereby CONTINUED to June 14, 2010 at 2:00 p.m.

24              IT IS SO ORDERED.

25

26  May 14, 2010
                    WILLIAM B. SHUBB
27                  UNITED STATES DISTRICT JUDGE

28
                                    _____
                                    **[PROPOSED] ORDER RE JOINT
                                    STIPULATION TO CONTINUE PRE-
                                    TRIAL CONFERENCE**

JMBM | Jeffer Mangels
      Butler & Marmaro LLP