JEFFER, MANGELS, BUTLER & MARMARO LLP
TRAVIS M. GEMOETS (Bar No. 174365), tgemoets@jmbm.com
BARBRA A. ARNOLD (Bar No. 235898), BArnold@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendant PENDUM LLC, a Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EVANS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANTEK WEST, INC. a Colorado corporation, PENDUM LLC, a Delaware Limited Liability Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:08-CV-02719-WBS-GGH<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL**<br><br>DATE: JUNE 14, 2010<br>TIME: 2:00 P.M.<br>COURTROOM: 5<br><br>HON. WILLIAM B. SHUBB<br><br>TRIAL DATE: JULY 7, 2010 |

**ORDER**

Per the stipulation of the parties, the Pre-Trial Conference in this matter, currently set for June 14, 2010, is hereby CONTINUED to July 26, 2010 at 2:00 p.m.; the Jury Trial in this matter, currently set for July 7, 2010, is hereby CONTINUED to August 24, 2010 at 9:00 a.m.

IT IS SO ORDERED.

June 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7064254v1

**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL**

PRINTED ON RECYCLED PAPER