JEFFER, MANGELS, BUTLER & MARMARO LLP
TRAVIS M. GEMOETS (Bar No. 174365), tgemoets@jmbm.com
BARBRA A. ARNOLD (Bar No. 235898), BArnold@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Defendant PENDUM LLC, a Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EVANS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANTEK WEST, INC. a Colorado corporation, PENDUM LLC, a Delaware Limited Liability Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.  2:08-CV-02719-WBS-GGH<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION** |

### ORDER

Per the stipulation of the parties, IT IS HEREBY ORDERED that the captioned action be, and the same hereby is, remanded to the Sacramento Superior Court where it shall retain its original Case No., 34-2008 00023550.

DATED: July 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7162672v1

**[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND ACTION**